Henry L. WILSON, Relator,

v.

SCANLON INTERNATIONAL, INC., and State Fund Mutual Ins. Co., Respondents,

and

HealthPartners, Fairview Health Services, Allina Hospitals & Clinic/United Hospital, St. Paul Radiology, and Neurological Associates, Intervenors.

No. A04–1862.

Supreme Court of Minnesota.

Dec. 22, 2004.

Honorable Cheryl LeClair–Sommer, Compensation Judge, Office of Administrative Hearings Workers' Compensation Division, Honorable Miriam P. Rykken, Workers Compensation Court of Appeals.

William G. Moore, Reg., Fridley, MN, for Relator.

Kim D. Amundson, Lynn, Scharfenberg & Associates, Minneapolis, MN, for Respondent Scanlon International, Inc., and State Fund Mutual Ins. Co.

Health Partners, Inc., Fairview Health Services, Allina Hospitals & Clinic/United Hospital, St. Paul Radiology, Neurological Associates, Bloomington, MN, Intervenors.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 10, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d

361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Russell A. Anderson
Associate Justice

BLATZ, C.J., took no part in the consideration or decision of this case.